No. 40089.—Protests 882438–G, etc., of Wing & Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of wooden stands the same as those involved in *Kwong* v. *United States* (T. D. 49049). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 40090.—Protests 873094–G, etc., of Lulis Corp. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of wooden stands the same as those involved in *Kwong* v. *United States* (T. D. 49049). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 40091.—Protest 776025–G of Nanking Co. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of wooden stands the same as those involved in *Kwong* v. *United States* (T. D. 49049). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 40092.—Protest 938085–G of Wm. Filenes Sons Co. (Boston).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of wooden stands the same as those involved in *Kwong* v. *United States* (T. D. 49049). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 40093.—Protests 898305–G(A), etc., of L. Oppleman, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Oppleman* v. *United States* (C. D. 42) the mineral specimens in question were held entitled to free entry under paragraph 1719 as claimed.

No. 40094.—Protests 834408–G, etc., of L. Oppleman, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Oppleman* v. *United States* (C. D. 42) the mineral specimens in question were held entitled to free entry under paragraph 1719 as claimed.